UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

MILTON MOROCHO,

                              Plaintiffs,

- against –

VERIZON NEW YORK, INC., VERIZON PROPERTIES, INC., VERIZON COMMUNICATIONS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC. and TRIBECA LANDING L.L.C.,

                              Defendants.

**AFFIDAVIT OF PERSONAL SERVICE**

**DOCKET NO.**
**07- CIV- 8801**

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 19th day of December, 2007, at approximately 11:05 a.m. at CT Corporation located at 111 8th Avenue- 13th Floor, New York, New York 10011, deponent served the within copy of the Summons and Complaint upon Verizon Properties, Inc.. by delivering thereat a true copy of same to Nora Dindyal, Process Specialist at CT Corporation, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female South East Asian, Brown skin, Black hair, approx. 35-40, height approx. 5'2"-5'5"**

                                                                     _/s/ Stephanie Lopez_
                                                                     Stephanie Lopez

Sworn to before me this
19th day of December, 2007

_/s/_
Notary public

                      BEATRIZ DOLORES ARANA
                  Notary Public, State of New York
                          No. 01AR6132940
                      Qualified in Queens County
              Commission Expires August 29, 20 09