***** **AFFIDAVIT OF SERVICE** *****  01/04/2008

SHERIFFS NUMBER: S08000150   DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE... Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **STEPHEN LANZANO** AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004-1617 | 8965<br>CONTROL # 13688 | 28.00 |

**COURT DATA**   ASOHNEN

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:              STATE: NY           COUNTY OF VENUE: Southern District
COURT DOCKET #: 07CIV8801      CAPTION OF CASE
NAME:       MILTON MOROCHO
      VS  VERIZON NEW YORK, INC., ET ALS.

**DEFENDANT OR NAMED WITHIN TO BE SERVED**
NAME:    HILLMAN ENVIORNMENTAL GROUP, LLC
ADDRESS: 1600 ROUTE 22 EAST
         UNION, NJ 07083

**PAPERS SERVED**
SUMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

**SERVICE DATA RECORDED**

☒ SERVED SUCCESSFULLY   ☐ UNABLE TO SERVE      NUMBER OF ATTEMPTS ___
DATE: 1/9/08  TIME: 13:20
REMARKS: _____

☐ PERSONALLY DELIVERED   ☐ OFFICER   ☐ MANAGING AGENT   ☐ REGISTERED AGENT
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER   ☒ AGENT AUTHORIZED TO ACCEPT
                                       ☐ IS IN THE MILITARY   ☐ NOT IN THE MILITARY
PERSON SERVED: ELAINE BENTLEY - ENVIORNMENTAL HEALTH AND SAFETY COORDINATOR
                              (TITLE/RELATIONSHIP)

SEX:    ☐ MALE       ☒ FEMALE
SKIN:   ☒ WHITE      ☐ BLACK    ☐ YELLOW   ☐ BROWN    ☐ RED
HEIGHT: ☐ UNDER 5 FT.  ☒ 5.0 - 5.6 FT.  ☐ 5.7 - 6.0 FT.  ☐ OVER 6 FT.
WEIGHT: ☐ UNDER 100 LBS.  ☒ 100 - 150 LBS.  ☐ 151 - 200 LBS.  ☐ OVER 200 LBS.
HAIR:   ☐ BLACK  ☒ BROWN  ☐ BLOND  ☐ GRAY  ☐ RED  ☐ WHITE  ☐ BALDING
AGE:    ☐ 14 - 20  ☐ 21 - 35  ☒ 36 - 50  ☐ 51 - 65  ☐ OVER 65

SWORN TO AND SUBSCRIBED
BEFORE ME ON   FRANCES DiDONATO          _Stephen Lanzano_
               NOTARY PUBLIC OF NEW JERSEY      SIGNATURE
               My Commission Expires Dec. 3, 2009
                                          SHERIFF'S OFFICER OF UNION COUNTY
                                          STATE OF NEW JERSEY